

RECEIVED
In This Office
MAR 29 2004

In The United States District Court
Middle District of North Carolina

Chris Walters  
c/o 1243 N Patterson  
Winston Salem, NC 27101  
Nite Message: 336-748-1962  
    Plaintiff  
vs  
Secretary Carmen Hooker-Odom  
North Carolina Department of  
Health and Human Services  
Legal Counsel For North Carolina  
The Honorable Roy Cooper  
NC Office of the Attorney General  
North Carolina Dept of Justice  
P.O. Box 629  
Raleigh, NC 27602-0629  
336-716-6820  
    Defendant

Civil Case No. 1:04CV00306

Presiding Judge/Magistrate

## COMPLAINT

Now Comes the Plaintiff Pro Se Chris Walters before the Honorable United States District Court in the Middle District of North Carolina in this action at law to wit:

1. **Jurisdiction:** Title 42 USC 1983 <u>Civil Action for deprivation of rights</u>

2. **Cause of Action:** Chris Walters asks if Secretary Carmen Hooker Odom and North Carolina Disability Services reported to the Social Security Administration in 2003 they could not determine if Chris Walters was or was not disabled because they discarded his medical records and deported his SSI claim to San Luis Obispo, CA while invalidating an Acts of Congress Title 42 Sec. 423. - <u>Disability Insurance benefit payments</u> (d)(5)(B) in violation of Article 1 Section 7 ; and the the equal protection and due process clause of the 5th and 14th Amendments?

3. **Relief Sought:** Chris Walters Prays an Award of Damages and other relief as explained more fully in the Attached <u>Memorandum of Law</u>.

Respectfully Submitted By  
Chris Walters, Plaintiff Pro se